BARTON, KLUGMAN & OETTING LLP
Thomas E. McCurnin (SBN 103762)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3485
Telephone:  213-621-4000
Facsimile:   213-625-1832
E-mail:      tmccurnin@bkolaw.com

Attorneys for Defendants
DW MANAGEMENT SERVICES, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER,<br><br>          Plaintiff,<br><br>     vs.<br><br>DW MANAGEMENT SERVICES, LLC,<br><br>          Defendant. | Case No.  CV 11-6015 AGR<br><br>Hon. Alicia G. Rosenberg<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[FRCP 41(a)] |

Pursuant to the Stipulation of the parties, this matter is dismissed with prejudice.

Dated: October 26, 2011

_____
Hon. Alicia G. Rosenberg
United States Magistrate Judge